**No. 42473.**—Protest 932747–G of Spiegel Bros. Corp. (New York).

Opinion by DALLINGER, J. On the record presented it was found that the plaintiff failed to show error in the action of the collector. The protest was therefore overruled.

**No. 42474.**—Protest 787812–G of Dritz-Traum Co. (San Francisco).

Opinion by DALLINGER, J. In accordance with the amended report of the appraiser the table utensils in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42475.**—Protests 678644–G, etc., of B. Altman & Co. Ltd. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of candlesticks, vases, girandoles, lamps and bases, and lanterns chiefly used on the table, in the kitchen, or in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42476.**—Protest 678098–G of Abercrombie & Fitch Co. (New York).

Opinion by DALLINGER, J. Flasks and boxes plated with silver were held dutiable as hollow ware at 50 percent under paragraph 339. *Viking Trading Co.* v. *United States* (C. D. 132) cited.

**No. 42477.**—Protest 341002–G of R. H. Macy & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.